# In the United States Court of Federal Claims

No. 13-202 C

**BEECHCRAFT DEFENSE**
**COMPANY, LLC**
    **Plaintiff**

    v.                                 **JUDGMENT**

**THE UNITED STATES**
    **Defendant**

    **and**

**SIERRA NEVADA CORPORATION**
    **Defendant-Intervenor**

    Pursuant to the court's Opinion and Order, filed April 25, 2013, denying plaintiff's motion for judgment on the administrative record and granting defendant's and defendant-intervenor's motions for judgment on the administrative record,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of defendant and defendant-intervenor.

                                                      Hazel C. Keahey
                                                      Clerk of Court

**April 30, 2013**                      By:    s/ Debra L. Samler

                                                     Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.  Filing fee is $455.00.